PROB 12B                                                                                                                            PACTS#: 17256
(MSS 2/12)

# UNITED STATES DISTRICT COURT
## for the
## Southern District of Mississippi
## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender:  Shamal Anton Moss                    Docket No.:  3:12cr118CWR-FKB-004

Name of Sentencing Judicial Officer:    The Honorable Carlton W. Reeves
                                                         United States District Judge

Date of Original Sentence:  05/13/2014

Original Offense: 21 U.S.C. § 846; Conspiracy to Possess with Intent to Distribute more than 50 grams of Methamphetamine

Original Sentence: 110 months incarceration, 4-year term of supervision

Special Conditions: Search/Seizure; Drug Treatment and Testing; Alcohol Restriction; Financial Disclosure; No New Credit

Type of Supervision: Supervised Release                  Date Supervision Commenced: 01/12/2022

Assistant U.S. Attorney:                                Defense Attorney:

## PETITIONING THE COURT

☐     To extend the term of supervision for
☒     To modify the conditions of supervision as follows:

**You shall participate in a program of testing and outpatient treatment (and inpatient treatment if approved by the Court during the term of supervised release) for alcohol/drug abuse as directed by the probation office.  When enrolled in an alcohol drug/treatment program, either inpatient or outpatient, you shall abstain from consuming alcoholic beverages during treatment and shall continue abstaining for the remaining period of supervision.  You shall contribute to the cost of treatment in accordance with the probation office co-payment policy.**

**Shamal Anton Moss will participate in the Residential Re-Entry Center (RRC), Dismas Charities, Inc., for a period of seven (7) months.  During this time, Shamal Anton Moss shall comply with the rules and regulations of the RRC and the conditions of supervised release.**

CAUSE

The previous condition for substance use did not cover outpatient and/or inpatient treatment.  The addition of this condition will help meet the needs of the supervisee's substance abuse.

Shamal Anton Moss
Docket No.:   3:12cr118CWR-FKB-004
February 21, 2024
Page 2

The supervisee will enter the RRC for a period of seven (7) months.  The supervisee was arrested by the Rankin County Sheriff's Office and pled guilty in Rankin County Justice Court to Controlled Substance – Possession of Paraphernalia; Vehicle – Reckless Driving; and DUI – Other than Alcohol.

Reviewed and Approved:                                                          Respectfully submitted,

Greg Walker                                                                               Juano Mathews
Supervising U.S. Probation Officer                                         U.S. Probation Officer

---

☐   No Action
☐   The extension of supervision as noted above
☑   The modification of supervision as noted above
☐   Other:

~~Judge~~ UNITED STATES DISTRICT JUDGE

February 28, 2024
Date