CLOSED

# U.S. District Court
# SOUTHERN DISTRICT OF TEXAS (Houston)
# CRIMINAL DOCKET FOR CASE #: 4:26−mj−00643−1
## *Internal Use Only*

| | | |
|---|---|---|
| Case title: USA v. Moss | | Date Filed: 10/06/2026 |
| Other court case number: | 3:12cr118−4 Southern District of Mississippi (N Jackson) | Date Terminated: 10/07/2026 |

Assigned to: Magistrate Judge Christina A Bryan

**Defendant (1)**

| | | |
|---|---|---|
| **Shamal Anton Moss**<br>*TERMINATED: 10/07/2026* | represented by | **Federal Public Defender − Houston**<br>440 Louisiana<br>Ste 1350<br>Houston, TX 77002<br>713−718−4600<br>Fax: 713−718−4610<br>Email: hou_ecf@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| Supervised Release Violation | |

**Plaintiff**

**USA**

| Date Filed | # | Docket Text |
|---|---|---|
| 10/06/2026 | 1 | Petition for Warrant or Summons for Offender Under Supervision − Southern District of Mississippi, Northern Jackson Division as to Shamal Anton Moss, filed. (anc4) (Entered: 10/06/2026) |
| 10/06/2026 | | Arrest (Rule 32) of Shamal Anton Moss, filed. (anc4) (Entered: 10/06/2026) |
| 10/06/2026 | 2 | Arrest Warrant issued 4/3/2024; Returned Executed on 10/6/2026 as to Shamal Anton Moss. Defendant was arrested in Houston, TX. Document restricted from PACER under privacy policy., filed. (anc4) (Entered: 10/06/2026) |
| 10/06/2026 | | Set Hearing as to Shamal Anton Moss: Initial Appearance − Rule 32 set for 10/6/2026 at 10:00 AM in Courtroom 701 before Magistrate Judge Christina A Bryan (anc4) (Entered: 10/06/2026) |
| 10/06/2026 | | Arrest of Shamal Anton Moss, filed. (mem4) (Entered: 10/06/2026) |
| 10/06/2026 | | INITIAL APPEARANCE IN RULE 5(c)(3) Minute Entry for proceedings held on 10/6/2026 before Magistrate Judge Christina A Bryan as to Shamal Anton Moss. Defendant first appearance on Supervised Release Violation from the Mississippi Southern District Court 3:12−CR−118 and advised of rights/charges. Defendant requests appointed counsel, Financial affidavit executed, Defendant appeared with counsel. Order appointing FPD for limited purpose, Waiver of Identity, Detention Hearing in this district executed on the record, Defendant ordered removed to originating district. Appearances: AUSA Carrie Ann Law for USA; AFPD Philip Gallagher for Defendant.(ERO:Yes) (Interpreter: No) (Probation: Isaac Hinojosa) Defendant remanded to custody, filed. (mem4) (Entered: 10/06/2026) |
| 10/06/2026 | 3 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Shamal Anton Moss FOR LIMITED PURPOSE. (Signed by Magistrate Judge Christina A Bryan) Parties notified. (mem4) (Entered: 10/06/2026) |
| 10/06/2026 | 4 | BRADY ORDER on Rule 5(f) as to Shamal Anton Moss. (Signed by Magistrate Judge Christina A Bryan) Parties notified. (mem4) (Entered: 10/06/2026) |
| 10/06/2026 | 5 | COMMITMENT TO ANOTHER DISTRICT as to Shamal Anton Moss. Defendant committed to the Mississippi Southern District Court. ( Signed by Magistrate Judge Christina A Bryan) Parties notified. (mem4) (Entered: 10/06/2026) |
| 10/06/2026 | | RULE 5 Papers sent via email to Mississippi Southern District Court Jackson Division as to Shamal Anton Moss, filed. (mem4) (Entered: 10/06/2026) |
| 10/06/2026 | 6 | Sealed Financial Affidavit CJA 23 by Shamal Anton Moss, filed. (Entered: 10/06/2026) |

UNITED STATES DISTRICT COURT
for
NORTHERN DISTRICT OF TEXAS

US MARSHALS SERVICE N/TX
DALLAS, TX
2025 DEC -2 A 11:58

CERTIFIED A TRUE COPY
KAREN MITCHELL, CLERK
DEPUTY CLERK
DISTRICT COURT, NORTHERN DISTRICT OF TEXAS
December 1, 2025

## Petition for Person Under Supervision

| | |
|---|---|
| Person Under Supervision: | Christopher Mathuren Case No.: 3:25-CR-00539-E |
| Name of Sentencing Judge: | Senior U.S. District Judge James A. Parker (Jurisdiction transferred to U.S. District Judge Ada Brown on November 24, 2025) |
| Date of Original Sentence: | October 1, 2015 |
| Original Offense: | Count 2: Possession with the Intent to Distribute a Mixture and Substance Containing Methamphetamine, 21 U.S.C. § 841(b)(1)(C), a Class C felony<br>Count 3: Using, Carrying, and Possessing a Firearm During and In Relation to and in Furtherance of a Drug Trafficking Crime, 18 U.S.C. § 924(c), a Class A felony |
| Original Sentence: | Counts 2 & 3: 60 months custody on each count, to run consecutively for a total of 120 months, 3-year term of supervised release on each count, to run concurrently |
| Revocations: | None |
| Detainers: | Dallas County Sheriff's Office |
| U.S. Marshals No.: | 79152-051 |
| Type of Supervision: | Supervised Release Date Supervision Commenced: August 18, 2023 |
| Assistant U.S. Attorney: | Courtney Coker Defense Attorney: To Be Assigned (Court appointed) |

## Petitioning the Court for Action for Cause as Follows:

To issue a violator's warrant.

The probation officer believes the person under supervision violated the following conditions:

**Previous Court Notifications**

On July 20, 2023, a Request for Modifying the Conditions or Term of Supervision with the Consent of the Person Under Supervision was submitted to the Honorable James A. Parker, Senior U.S. District Judge, in the District of New Mexico, to allow Mr. Mathuren to remain at the Residential Reentry Center for a period of 180 days or until he found a suitable residence. The Court agreed with the recommendation.

On November 6, 2025, a request to initiate transfer of jurisdiction was submitted to the District of New Mexico in response to his arrest by the Grand Prairie, Texas, Police Department on November 1, 2025. On November 24, 2025, a request to accept jurisdiction was submitted to the Honorable Ada Brown, U.S. District Judge.

**I.**

**Violation of Mandatory Condition**

The defendant shall not commit another federal, state, or local crime.

**Violation of Mandatory Condition**

The defendant shall not unlawfully possess a controlled substance.

**Violation of Standard Condition No. 7**

The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician.

**Violation of Standard Condition No. 8**

The defendant shall not frequent places where controlled substances are illegal sold, used, distributed, or administered.

**Nature of Noncompliance**

Christopher Mathuren violated these conditions of supervised release when he was in possession of methamphetamine and marijuana, illegal controlled substances, as evidenced by his arrest by the Grand Prairie, Texas, Police Department (GPD) on November 1, 2025, for Manufacture/Delivery of a Controlled Substance Penalty Group 1 Greater Than or Equal to 4 Grams Less Than 200 Grams, a First-Degree felony, in violation of the Texas Health and Safety Code § 481.112(D).

Mr. Mathuren violated these conditions of supervised release when he possessed drug paraphernalia, as evidenced by his arrest by the GPD on November 1, 2025, for Possession of Drug Paraphernalia, in violation of the Texas Health and Safety Code § 481.125(b), a Class A misdemeanor.

According to the GPD arrest report, an officer was patrolling an area known for narcotic sales. The officer drove by Mr. Mathuren's vehicle which was parked at a food mart. The officer observed the driver ducking to avoid being seen. The officer conducted a record check on the vehicle and identified the driver as Mr. Mathuren.

The officer observed Mr. Mathuren entering and exiting the store twice, and another male individual entering and exiting his vehicle twice. Upon leaving the food mart, a traffic stop was conducted, and the officer located clear plastic baggies containing methamphetamine in the center console and driver side door pocket, and a prescription medication bottle containing marijuana in the console. In total, Mr. Mathuren had approximately 17 grams of methamphetamine, and 10 grams of marijuana.

Mr. Mathuren was detained and remains in custody at the Dallas County Jail, and his bond is set at $35,000. At the time of this writing, no case has been filed.

## II.

**Violation of Mandatory Condition**

**The defendant shall not commit another federal, state, or local crime.**

**Nature of Noncompliance**

**Mr. Mathuren violated this condition of supervised release when he operated a motor vehicle without a valid Texas Driver's License on November 1, 2025, as evidenced by the GPD arrest report, in violation of the Texas Transportation Code § 521.021, a misdemeanor offense.**

**Mr. Mathuren violated this condition of supervised release when he operated a motor vehicle with an expired license plate on November 1, 2025, as evidenced by the GPD arrest report, in violation of the Texas Transportation Code § 502.407, a misdemeanor offense.**

## Personal History

**Christopher Mathuren released from the Federal Bureau of Prisons (BOP) on August 18, 2023, to the Eastern District of Texas, as he was housed at the Volunteers of America Residential Reentry Center, Hutchins, Texas as a public law placement. On October 13, 2023, he secured his own apartment in Dallas, Texas. On December 19, 2023, his supervision was transferred to the Northern District of Texas, Dallas Division. Mr. Mathuren maintained employment as a forklift driver until he was laid off in or about March 2025.**

**While supervised in the Eastern District of Texas, a substance abuse assessment was completed which made no recommendation for treatment services. When Mr. Mathuren transferred to the Northern District of Texas, he was enrolled in the random drug testing program and all urine specimens returned negative for the presence of illicit substances. During the duration of his enrollment in the random drug testing program, Mr. Mathuren failed to report for testing on one occasion.**

**On or about March 15, 2025, he suffered several strokes and did not have health insurance. Mr. Mathuren struggled to obtain health insurance and could not afford the heart medications he was prescribed, which cost approximately $1,000 a month. Furthermore, he was diagnosed with congestive heart failure and type 2 diabetes. Mr. Mathuren's mother believes he "lost it" because of his health issues and the challenges he faced with the cost of his prescribed medication. Due to his health condition, he has been unable to work since approximately April 2025, and his mother has been assisting him with rent money. In fact, she reported Mr. Mathuren drove to Sherman, Texas, on or about October 31, 2025, to pick up money for his rent. It should be noted Sherman, Texas is in the Eastern District of Texas. Mr. Mathuren did not receive permission to travel out of district; however, Sr. USPO Flood did not allege this as a violation.**

**Mr. Mathuren remains in the Dallas County Jail with a bond set at $35,000. It is respectfully requested a detainer be lodged.**

**Statutory Provisions — Protect Act Supervised Release**

| | |
|---|---|
| **Statutory Maximum Custody:** | Count 2: 2 years. 18 U.S.C. § 3583(e)(3).<br>Count 3: 5 years. 18 U.S.C. § 35853(e)(3). |
| **Mandatory Revocation Statutes:** | Mandatory revocation for possession of a controlled substance. Sentence to a term of imprisonment. 18 U.S.C. § 3583(g)(1). |
| **Fine:** | None |
| **Statutory Maximum for Reimposition of Supervised Release:** | Count 2: At least 3 years, minus revocation sentence. 18 U.S.C. § 3583(h).<br>Count 3: Not more than 5 years, minus revocation sentence. 18 U.S.C. § 3583(h). |

According to U.S. v. Jackson, 559 F.3d 368 (5th Cir. 2009), "when an initial term of supervised release is revoked, the district court may impose a new term of supervised release as part of a revocation sentence. The maximum length of this new term is calculated as follows: 'The length of such a term of supervised release shall not exceed the term of supervised release authorized by statute for the offense that resulted in the original term of supervised release, less any term of imprisonment that was imposed upon revocation of supervised release.'" Additionally, in U.S. v. Campos, 922 F.3d 686 (5th Cir. 2019), the Fifth Circuit held that the mandatory minimum term of supervised release that is authorized by statute for the offense that resulted in the original term of supervised release does not apply to post-revocation terms of supervised release. Therefore, a defendant is subject only to the maximum (and not any mandatory minimum) term of supervised release.

**Chapter 7 Violation Computations**

| | | |
|---|---|---|
| **Violation Grade:** | A | USSG §7C1.1(a), p.s. |
| **Criminal History Category:** | VI | USSG §7C1.5, p.s. |
| **Imprisonment Range:** | Count 2: 33-41 months<br>Count 3: 51-63 months<br>**The statutory maximum custody is 60 months.** | USSG §7C1.5, p.s.<br>USSG §7C1.5, p.s. |
| **Fine:** | None | USSG §7C1.4, comment. (n.4) |

Pursuant to USSG §7C1.3(b), the Court shall revoke supervised release if required by statute. Otherwise, the Court should conduct an individualized assessment, taking into consideration the grade of the violation, to determine whether to revoke supervised release. Revocation is generally appropriate for a Grade A violation, often appropriate for a Grade B violation, and may be appropriate for a Grade C violation.

In Esteras v. U.S., 606 U.S. ---, 145 S.Ct. 2031 (2025), the Supreme Court held that a sentencing court may not consider the factors listed in 18 U.S.C. § 3553(a)(2)(A), which include "the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense," when determining a sentence following a revocation of a term of supervised release.

In Tapia v. U.S., 564 U.S. 319 (2011), the Supreme Court held that 18 U.S.C. § 3582(a) does not permit a sentencing court to impose or lengthen a prison term in order to foster a defendant's rehabilitation.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 25, 2025

Respectfully submitted,

Lauren Flood
Senior U.S. Probation Officer
Dallas Division
Phone: 214-753-2484
Email: Lauren_Flood@txnp.uscourts.gov

Approved,

Courtney Rich
Supervisory U.S. Probation Officer
Phone: 214-753-2514

**Order of the Court:**

☐ No action.

☒ The Issuance of a Warrant. Petition and warrant sealed and not to be distributed to counsel of record until arrest effectuated.

☐ The Issuance of a Summons.

☐ Other or Additional:

☐ File under seal until further order of the Court.

The Honorable Ada Brown
U.S. District Judge

December 1, 2025
Date

MIME−Version:1.0
From:DCECF_LiveDB@txs.uscourts.gov
To:DC_Notices@localhost.localdomain
Bcc:
−−Case Participants:
−−Non Case Participants:
−−No Notice Sent:

Message−Id:47770372@txs.uscourts.gov
Subject:Activity in Case 4:26−mj−00643 USA v. Moss Arrest − Rule 40
Content−Type: text/html

**U.S. District Court**

**SOUTHERN DISTRICT OF TEXAS**

**Notice of Electronic Filing**

The following transaction was entered on 10/6/2026 at 8:23 AM CDT and filed on 10/6/2026

| | |
|---|---|
| **Case Name:** | USA v. Moss |
| **Case Number:** | 4:26−mj−00643 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**Arrest (Rule 32) of Shamal Anton Moss, filed. (anc4)**

**4:26−mj−00643−1 Notice has been electronically mailed to:**

**4:26−mj−00643−1 Notice has not been electronically mailed to:**

11890-043

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

RECEIVED
By JBlakely at 8:55 am, Apr 04, 2024

for the

Southern District of Mississippi

| | | |
|---|---|---|
| United States of America<br>v.<br>Shamal Anton Moss<br>(Wherever Found) | ) | Case No. 3:12-cr-118-CWR-FKB |
| *Defendant* | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Shamal Anton Moss ,
who is accused of an offense or violation based on the following document filed with the court:

❒ Indictment ❒ Superseding Indictment ❒ Information ❒ Superseding Information ❒ Complaint
❒ Probation Violation Petition ☑ Supervised Release Violation Petition ❒ Violation Notice ❒ Order of the Court

This offense is briefly described as follows:

Violation of Conditions of Supervised Release

ARTHUR JOHNSTON, CLERK

Date: 04/03/2024

P Green
*Issuing officer's signature*

City and state: Jackson, Mississippi

P Green, Deputy Clerk
*Printed name and title*

**Return**

This warrant was received on *(date)* 4/3/2024 , and the person was arrested on *(date)* 10/6/2026
at *(city and state)* Houston Tx .

Date: 10/6/2026

Solis
*Arresting officer's signature*

Solis DDO
*Printed name and title*

cellblock executed

MIME−Version:1.0
From:DCECF_LiveDB@txs.uscourts.gov
To:DC_Notices@localhost.localdomain
Bcc:
−−Case Participants:
−−Non Case Participants:
−−No Notice Sent:

Message−Id:47770394@txs.uscourts.gov
Subject:Activity in Case 4:26−mj−00643 USA v. Moss Set/Reset Deadlines/Hearings
Content−Type: text/html

**U.S. District Court**

**SOUTHERN DISTRICT OF TEXAS**

## Notice of Electronic Filing

The following transaction was entered on 10/6/2026 at 8:24 AM CDT and filed on 10/6/2026

| | |
|---|---|
| **Case Name:** | USA v. Moss |
| **Case Number:** | 4:26−mj−00643 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**Set Hearing as to Shamal Anton Moss: Initial Appearance − Rule 32 set for 10/6/2026 at 10:00 AM in Courtroom 701 before Magistrate Judge Christina A Bryan (anc4)**

**4:26−mj−00643−1 Notice has been electronically mailed to:**

**4:26−mj−00643−1 Notice has not been electronically mailed to:**

MIME−Version:1.0
From:DCECF_LiveDB@txs.uscourts.gov
To:DC_Notices@localhost.localdomain
Bcc:
--Case Participants: Federal Public Defender − Houston (hou_ecf@fd.org)
--Non Case Participants:
--No Notice Sent:

Message−Id:47774120@txs.uscourts.gov
Subject:Activity in Case 4:26−mj−00643 USA v. Moss Arrest
Content−Type: text/html

**U.S. District Court**

**SOUTHERN DISTRICT OF TEXAS**

## Notice of Electronic Filing

The following transaction was entered on 10/6/2026 at 11:38 AM CDT and filed on 10/6/2026

| | |
|---|---|
| **Case Name:** | USA v. Moss |
| **Case Number:** | 4:26−mj−00643 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**Arrest of Shamal Anton Moss, filed. (mem4)**

**4:26−mj−00643−1 Notice has been electronically mailed to:**

Federal Public Defender − Houston     hou_ecf@fd.org

**4:26−mj−00643−1 Notice has not been electronically mailed to:**

MIME−Version:1.0
From:DCECF_LiveDB@txs.uscourts.gov
To:DC_Notices@localhost.localdomain
Bcc:
--Case Participants: Federal Public Defender − Houston (hou_ecf@fd.org)
--Non Case Participants:
--No Notice Sent:

Message−Id:47774248@txs.uscourts.gov
Subject:Activity in Case 4:26−mj−00643 USA v. Moss Initial Appearance − Rule 5(c)(3)
Content−Type: text/html

**U.S. District Court**

**SOUTHERN DISTRICT OF TEXAS**

## Notice of Electronic Filing

The following transaction was entered on 10/6/2026 at 11:43 AM CDT and filed on 10/6/2026

| | |
|---|---|
| **Case Name:** | USA v. Moss |
| **Case Number:** | 4:26−mj−00643 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**INITIAL APPEARANCE IN RULE 5(c)(3) Minute Entry for proceedings held on 10/6/2026 before Magistrate Judge Christina A Bryan as to Shamal Anton Moss. Defendant first appearance on Supervised Release Violation from the Mississippi Southern District Court 3:12−CR−118 and advised of rights/charges. Defendant requests appointed counsel, Financial affidavit executed, Defendant appeared with counsel. Order appointing FPD for limited purpose, Waiver of Identity, Detention Hearing in this district executed on the record, Defendant ordered removed to originating district. Appearances: AUSA Carrie Ann Law for USA; AFPD Philip Gallagher for Defendant.(ERO:Yes) (Interpreter: No) (Probation: Isaac Hinojosa) Defendant remanded to custody, filed. (mem4)**

**4:26−mj−00643−1 Notice has been electronically mailed to:**

Federal Public Defender − Houston     hou_ecf@fd.org

**4:26−mj−00643−1 Notice has not been electronically mailed to:**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas
**ENTERED**
October 06, 2026
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| | § | |
| *versus* | § | Case No. 4:26−mj−00643 |
| | § | |
| | § | |
| Shamal Anton Moss | § | |

**ORDER APPOINTING COUNSEL FOR LIMITED PURPOSE**

Because the Defendant, Shamal Anton Moss, has satisfied this court that (s)he is financially unable to employ counsel for initial appearance only and does not wish to waive counsel, and because the interests of justice so require, an attorney is hereby **APPOINTED** to represent Defendant in the above designated case for the **limited purpose of any hearing conducted in Houston, Texas**, and shall have no effect once the Defendant is transferred to the original court in the Mississippi Southern District Court, Jackson Division. Once transferred, the original court must make a new determination on whether the Defendant satisfies the requirements for appointed counsel based on the information available to the court at that time.

**Attorney appointed: Federal Public Defender**

The appointment **SHALL** remain in effect until Defendant is transferred to the original jurisdiction and this case is terminated in the Southern District of Texas.

Signed on October 6, 2026.

Christina A. Bryan
United States Magistrate Judge

United States District Court
Southern District of Texas

**ENTERED**

October 06, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| | § | |
| *versus* | § | Case No. 4:26−mj−00643 |
| | § | |
| | § | |
| Shamal Anton Moss | § | |

**ORDER**

In accordance with Federal Rule of Criminal Procedure 5(f), as amended by the Due Process Protections Act, Pub. L. No. 116-182, 134 Stat. 894 (Oct. 21, 2020), the Government is **ORDERED** to comply with the prosecutor's disclosure obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny. The Government is also notified of the potential consequences of violating this Order and the disclosure obligations. The consequences include, but are not limited to, sanctions such as delaying trial or other proceedings, excluding evidence, giving adverse jury instructions, granting a new trial, dismissing the case, or finding the Government in contempt.

It is so **ORDERED**.

**SIGNED** on October 6, 2026.

Christina A. Bryan
United States Magistrate Judge

United States District Court
Southern District of Texas
**ENTERED**
October 06, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| | § | |
| *versus* | § | Case No. 4:26−mj−00643 |
| | § | |
| | § | |
| Shamal Anton Moss | § | |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the **Mississippi Southern District Court, Jackson division, in 3:12−CR−118.**

The defendant requested court appointed counsel. Federal Public Defender appointed.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: October 6, 2026

Christina A. Bryan
Christina A. Bryan
United States Magistrate Judge

Government moved for detention and Defendant detained pending a hearing in District of offense.

MIME−Version:1.0
From:DCECF_LiveDB@txs.uscourts.gov
To:DC_Notices@localhost.localdomain
Bcc:
--Case Participants: Federal Public Defender − Houston (hou_ecf@fd.org)
--Non Case Participants:
--No Notice Sent:

Message−Id:47774475@txs.uscourts.gov
Subject:Activity in Case 4:26−mj−00643 USA v. Moss Rule 5 Papers Sent
Content−Type: text/html

**U.S. District Court**

**SOUTHERN DISTRICT OF TEXAS**

## Notice of Electronic Filing

The following transaction was entered on 10/6/2026 at 11:50 AM CDT and filed on 10/6/2026

| | |
|---|---|
| **Case Name:** | USA v. Moss |
| **Case Number:** | 4:26−mj−00643 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**RULE 5 Papers sent via email to Mississippi Southern District Court Jackson Division as to Shamal Anton Moss, filed. (mem4)**

**4:26−mj−00643−1 Notice has been electronically mailed to:**

Federal Public Defender − Houston     hou_ecf@fd.org

**4:26−mj−00643−1 Notice has not been electronically mailed to:**

**Sealed documents are no longer available in CM/ECF or via PACER.**

**Please contact the court directly to request access to the document.**

**Reference for court use only**

https://storage.gtwy.dcn:8443/v1/file/txsd.2424217913.82611768.930476.json