SOUTHERN DISTRICT OF MISSISSIPPI
FILED
OCT 29 2026
ARTHUR JOHNSTON
BY ______ DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v. CRIMINAL NO.: 3:12-cr-118-CWR-ASH-4

SHAMAL ANTON MOSS

**ORDER APPOINTING COUNSEL**

The Defendant has satisfied the Court after appropriate inquiry that he (1) does not wish to waive representation by counsel and requests appointment of counsel, and (2) is financially unable to obtain counsel.

IT IS ORDERED that the Federal Public Defender is appointed to represent the Defendant for all further proceedings and this appointment shall remain in effect until terminated or until a substitute attorney is appointed or retained.

SO ORDERED, October 29, 2026.

______________________________
UNITED STATES MAGISTRATE JUDGE