UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
OCT 29 2026
ARTHUR JOHNSTON
BY ______ DEPUTY

UNITED STATES OF AMERICA

v. CRIMINAL NO.: 3:12-CR-118-CWR-ASH-4

SHAMAL ANTON MOSS

**WAIVER OF DETENTION HEARING**

The Defendant, being fully advised by counsel of his right to a detention hearing, hereby waives same at this time without prejudice as to his right to request a hearing if conditions or circumstances change.

Signed October 29, 2026.

S. Anton Moss
DEFENDANT

[signature]
COUNSEL FOR DEFENDANT