UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
OCT 29 2026
ARTHUR JOHNSTON
BY ______ DEPUTY

UNITED STATES OF AMERICA

v. CRIMINAL NO.: 3:12-CR-118-CWR-ASH-4

SHAMAL ANTON MOSS

**TEMPORARY DETENTION ORDER**

The above-named defendant appeared before the Court for an initial appearance on this date on the Petition for Warrant or Summons for Offender Under Supervision. The Government moved for detention and the defendant waived any hearings herein until the revocation hearing set before District Judge Carlton W Reeves. Defendant should therefore be held pending the revocation hearing.

IT IS, THEREFORE, ORDERED that defendant is remanded to the custody of the U.S. Marshals Service until such hearing.

ORDERED October 29, 2026.

UNITED STATES MAGISTRATE JUDGE