IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

V. CRIMINAL NO. 3:12-CR-118-CWR-ASH-004

SHAMAL ANTON MOSS

**ENTRY OF APPEARANCE**

COMES NOW, Carmen Castilla, Research & Writing Specialist, and enters her appearance as lead counsel for defendant Shamal Anton Moss in the above-referenced matter.

This the 29th day of October, 2026.

Respectfully submitted,

BY: *s/ Carmen Castilla*

Research & Writing Specialist
200 South Lamar St., Suite 200-N
Jackson, MS 39201
Telephone: 601-948-4284
Facsimile: 601-948-5510
*carmen_castilla@fd.org*

**CERTIFICATE OF SERVICE**

I, Carmen Castilla, hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using ECF system which sent notification of such filing to all attorneys of record.

This the 29th day of October, 2026.

*s/ Carmen Castilla*
Research & Writing Specialist